# LAW OFFICES OF PETER METIS, LLC
## ATTORNEYS AT LAW
46 TRINITY PLACE, 5th Floor
NEW YORK, NEW YORK 10006
_____

TELEPHONE: (212) 808-7780
FACSIMILE: (646) 908-2468
www.metislawoffice.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2021
```

Queens Office (Service Address):
42-24 235th Street
Douglaston, New York 11363

PETER METIS, ESQ.
pmetis@metislawoffice.com

> Application GRANTED. The settlement conference is hereby ADJOURNED to **January 18, 2022 at 2:15 p.m.** SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> December 6, 2021

**MEMO ENDORSED**

December 6, 2021

BY ECF ONLY
Hon. Barbara Moses
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: Rosario v. Big City Management Inc. et al
        21 CV 4336 (AJN) (BCM)

Dear Judge Moses:

    My firm represents the defendants in the above-referenced matter and I submit this letter to request an adjournment of the settlement conference currently scheduled for December 13, 2021 at 2:15 PM. The reason for the request is that there was a death in defense counsel's immediate family. Plaintiff's counsel has consented to the adjournment. There have been no prior requests for an adjournment and the requested adjournment does not affect any other scheduled dates.

    I have consulted with plaintiff's counsel and we are available generally available in mid-January or thereafter (excluding Fridays and January 12th).

    Thank you.

        Respectfully submitted,

        Law Offices of Peter Metis, LLC

            s/PETER METIS
        By:_____
            Peter Metis

cc: Michael Taubenfeld, Esq. (by ECF)