USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/11/2022

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

January 11, 2022

**MEMO ENDORSED**

**VIA ECF**
Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York
NY 10007-1312

Re: Rosario v. Big City Management Inc. et al.
Case No.: 21-cv-4336 (AJN)

Dear Judge Moses:

We represent Plaintiff in this matter. The parties respectfully request that the Court adjourn the January 18, 2022 settlement conference until early February. The parties are generally available except for Friday. The reason for the request is that the parties continue to exchange documents and information that will help with resolution of this case. In particular, Defendants expect to produce the additional pay records within a week. Accordingly, the parties respectfully request that the Court adjourn the mediation.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/------------------
Michael Taubenfeld

Application GRANTED. The settlement conference is hereby ADJOURNED to **February 8, 2022, at 2:15 p.m.** No later than **February 1, 2022**, the parties shall each submit their respective confidential letters and acknowledgment forms to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov. *See* Oct. 27, 2021 Order Scheduling Settlement Conference (Dkt. No. 14) ¶¶ 3, 4. SO ORDERED.

Barbara Moses
United States Magistrate Judge
January 11, 2022