```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rosario,

        Plaintiff,

–v–

Big City Management et al.,

        Defendants.

21-cv-4336 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on October 22, 2021, referred this matter to Judge Moses for settlement. Dkt. No. 13. A settlement conference is presently scheduled for February 8, 2022. Dkt. No. 18. The Court therefore adjourns sine die the post-discovery conference scheduled for February 4, 2022. Dkt. No. 11. The parties shall file a joint status update letter no later than seven days after the settlement conference indicating whether the Court should reschedule the post-discovery conference.

SO ORDERED.

Dated: January 12, 2022
       New York, New York

                                                      ALISON J. NATHAN
                                                 United States District Judge