

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 11, 2022

**VIA ECF**
Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York
NY 10007-1312

**MEMO ENDORSED**

Re: Rosario v. Big City Management Inc. et al.
    Case No.: 21-cv-4336 (BCM)

Dear Judge Moses:

      We represent Plaintiff in this matter. The parties jointly request that the Court extend for two weeks the parties' deadline to submit the settlement agreement for the Court's review. The parties have exchanged a draft and are working on revisions, but owing to the religious holidays next week, the process may take a little longer than normal. The parties therefore respectfully request that the Court extend their deadline until April 25, 2022.

      Thank you for your attention to the above.

                                  Respectfully Submitted,
                                  ---------------------/s/-------------------
                                  Michael Taubenfeld

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
April 11, 2022